IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CV-18-FL

| | | |
|---|---|---|
| HILDA RICHARDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VICKIE ROBERTS, DAN FOWELL, | ) | ORDER |
| KRISTEN BIERLINE, NC DEPARTMENT | ) | |
| OF STATE TREASURER, and JOSEPHINE | ) | |
| STITH, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before on plaintiff's motion for leave to proceed in forma pauperis (DE 1). United States Magistrate Judge James E. Gates entered a memorandum and recommendation ("M&R"), pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), wherein it is recommended that the motion be granted and that plaintiff be required to pay the requisite court costs, including the filing fee. No objections to the M&R were filed.

Upon careful review of the M&R and the record in this case, the court ADOPTS the M&R, DENIES plaintiff's motion for leaved to proceed in forma pauperis, and DIRECTS plaintiff to pay the requisite court costs, including the filing fee on or before **April 5, 2018.** See Local Civil Rule 3.2. If plaintiff fails to pay the filing fee by that date, the clerk shall re-designate the action as a miscellaneous case and close the matter without further order from the court.

SO ORDERED, this the 5th day of March, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge